UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LEE WALLACH LORRETZ,<br><br>Plaintiff,<br><br>v.<br><br>MR. AND MRS. JARED KUSHNER,<br><br>Defendants. | No. 2:19-cv-01969-TLN-DB<br><br>**ORDER** |

Plaintiff Diana Lee Wallach Lorretz ("Plaintiff") is proceeding *pro se* with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 2, 2020, the magistrate judge filed findings and recommendations which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. (ECF No. 7.) The thirty-day period has expired, and Plaintiff has not filed any objections to the findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

1  Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 2, 2020 (ECF No. 7), are adopted in full;

2. Plaintiff's September 27, 2019 Application to Proceed *In Forma Pauperis* (ECF No. 2) is DENIED;

3. Plaintiff's September 27, 2019 Complaint (ECF No. 1) is DISMISSED without prejudice;

4. This action is DISMISSED; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: July 6, 2020

                                                   Troy L. Nunley  
                                                   United States District Judge